No. 94–890. National Railway Labor Conference *v.* Railway Labor Executives' Assn. et al.; and

No. 94–907. Burlington Northern Railroad Co. *v.* Railway Labor Executives' Assn. et al. C. A. D. C. Cir. Certiorari denied. Justice Ginsburg took no part in the consideration or decision of these petitions.

No. 94–1131. Chrysler Corp. *v.* Kearns; and

No. 94–1269. Kearns *v.* Chrysler Corp. et al. C. A. Fed. Cir. Motion of Arnold, White & Durkee for leave to file a brief as *amicus curiae* in No. 94–1131 granted. Certiorari denied.

No. 94–1237. Keystone Chapter Associated Builders & Contractors, Inc. *v.* Pennsylvania Secretary of Labor and Industry. C. A. 3d Cir. Motion of Steamfitters Local Union No. 420, United Association of Journeymen & Apprentices of the Plumbing & Pipefitting Industry, for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–1248. O'Bryan, Parent and Next Friend of O'Bryan, et al. *v.* Volkswagen of America et al. C. A. 6th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 94–1289. Class, Warden, et al. *v.* Williams. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1302. Crawford *v.* LaMantia et al. C. A. 1st Cir. Certiorari denied. Justice Breyer took no part in the consideration or decision of this petition.

No. 94–7751. Raitport *v.* American Telephone & Telegraph et al. C. A. 2d Cir. Certiorari denied. Justice O'Connor took no part in the consideration or decision of this petition.

No. 93–9242. Sands et al. *v.* United States, 513 U. S. 838;

No. 94–941. Duncan, Warden *v.* Henry, 513 U. S. 364;

No. 94–1006. King *v.* Young et al., 513 U. S. 1127;

No. 94–1018. MASS ET AL. *v.* CITY OF CARLSBAD ET AL., 513 U. S. 1128;

No. 94–6260. BASHARA *v.* UNITED STATES, 513 U. S. 1115;

No. 94–6673. SEARLES *v.* RELIC ET AL., 513 U. S. 1128;

No. 94–6825. WILLIAMS *v.* BORG & WARNER AUTOMOTIVE ELECTRONICS & MECHANICAL SYSTEM CORP., 513 U. S. 1093;

No. 94–6851. RODRIGUEZ MENDOZA *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., 513 U. S. 1094;

No. 94–6912. HARRIS *v.* 7232 PLEASANT VIEW DRIVE, 513 U. S. 1129;

No. 94–6916. FANNY *v.* LEVY ET AL., 513 U. S. 1129;

No. 94–6967. RAWLINS *v.* OLSON ET AL., 513 U. S. 1130;

No. 94–7002. CAZEAU, AKA LaFLEUR *v.* PENNSYLVANIA STATE POLICE ET AL., 513 U. S. 1117;

No. 94–7036. HUMMER *v.* UNITED STATES, 513 U. S. 1100;

No. 94–7044. WARDLAW *v.* BURT, WARDEN, 513 U. S. 1131;

No. 94–7055. McKENZIE *v.* WEER, WARDEN, 513 U. S. 1118;

No. 94–7066. DeGRIJZE *v.* SCHWARTZ ET AL., 513 U. S. 1131; and

No. 94–7424. CONNELLY *v.* GROSSMAN ET AL., 513 U. S. 1171. Petitions for rehearing denied.

No. 94–6146. ALONSO *v.* MUNICIPAL COURT OF CALIFORNIA, COUNTY OF VENTURA (CALIFORNIA, REAL PARTY IN INTEREST), 513 U. S. 975. Motion for leave to file petition for rehearing denied.

MARCH 21, 1995

No. 94–8438 (A–689). WILLIAMS *v.* CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 8th Cir. Application for stay of execution of sentence of death, pre-